19893, 19894.   CITY OF ATLANTA *v.* WHITAKER *et al.;*
and *vice versa.*

CANDLER, Justice.   This case is controlled by the rulings made in *City of Atlanta* v. *Southern Railway Co.,* ante.
*Affirmed on main bill of exceptions.   Cross-bill of exceptions dismissed.   All the Justices concur.   Duckworth, C. J., concurs specially.*
SUBMITTED NOVEMBER 12, 1957—DECIDED JANUARY 10, 1958.

*J. C. Savage, J. M. B. Bloodworth, Henry L. Bowden, Newell Edenfield, Robert S. Wiggins, Ferrin Y. Matthews, Martin McFarland,* for plaintiffs in error.
*Moise, Post & Gardner, McChesney H. Jeffries,* contra.